# First District Court of Appeal
## State of Florida

_____

No. 1D2022-4112

_____

Venit Baptiste,

Appellant,

v.

West Dade Ltd., II; Rolando
Barrero; Mar-Bar, Inc.; and
Evelio Echemendia,

Appellees.

_____

On appeal from the Florida Commission on Human Relations.
Angela Primiano, Chairperson.

August 16, 2024

Per Curiam.

Affirmed.

Lewis, Roberts, and Ray, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Venit Baptiste, pro se, Appellant.

Juan C. Zorrilla of Fowler White Burnett P.A., Miami, for Appellees.